Bobby ROBERTS, Individually and on Behalf of Arkansans to Protect Police, Libraries, Education & Services (Apples) *v.*
Sharon PRIEST, Secretary of State;
JOHN HOYLE, Individually, and on Behalf of Arkansas Taypayers' Rights Association, and as Representative of the Class of 98,896 Arkansans who Petitioned for Proposed Constitutional Amendment 4 of 1998, Individually, and Further as Representative of the Class of All Registered Voters of the State of Arkansas, Intervenors

98-1052                                          979 S.W.2d 93

Supreme Court of Arkansas
Opinion delivered November 19, 1998

*Friday, Eldredge & Clark*, by: *Elizabeth Robben Murray*, *Robert S. Shafer*, and *Ellen M. Owens*, for petitioner.

*Winston Bryant*, Att'y Gen., by: *Tim Humphries*, Ass't Att'y Gen., for respondent.

*Oscar Stilley*, for intervenors.

P ER CURIAM. ▪ Complainant requests costs as the prevailing party in the amount of $5,732.88. Pursuant to Ark. Sup. Ct. R. 6-7, the court awards complainant $210.00 in brief costs. Transcript costs have already been considered and awarded as set out in our earlier *per curiam* delivered on November 11, 1998.▪ *See Scott v. Priest*, 326 Ark. 69, 928 S.W.2d 537 (1996). Each party will be responsible for expenses incurred but not awarded as costs in our two *per curiam* orders.